■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT REED, Appellant. [608 NYS2d 824] —Judgment, Supreme Court, New York County (Jay Gold, J.), rendered March 25, 1992, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years and 2 to 4 years, respectively, unanimously affirmed.

Defendant's contentions that the court erred in not allowing his witness to testify concerning his intent to purchase drugs and in not giving a circumstantial evidence charge are unpreserved for appellate review as a matter of law, and we decline to review them in the interest of justice. In any event the

exclusion was harmless in view of the overwhelming evidence of guilt. Concur—Sullivan, J. P., Ellerin, Kupferman, Rubin and Tom, JJ.